FILED

12/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0527

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0527

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MARCIAL MEJIA JR.,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 30, 2021, within which to prepare, serve, and file its response brief.

CMF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 28 2020